FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 08, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LUXOTTICA GROUP, S.p.A., and Italian Corporation, and OAKLEY, INC., a Washington Corporation, | No. 2:22-CV-00167-SAB |
| Plaintiffs, | |
| v. | **ORDER GRANTING DISMISSAL AND CLOSING FILE** |
| SEMERE & GIDEON d/b/a South Hill Market, GIDEON TESFA, individually, and OGBAI TESFA, individually, | |
| Defendants. | |

Before the Court is the Parties' Stipulated Permanent Injunction. ECF No. 11. Plaintiffs are represented by Reid Johnson, Darin Klemchuck, and Mandi Phillips. Defendants are represented by Marcellus Chase and Timothy Nault.

The Parties announced to the Court that they have reached an agreement and settled all of Plaintiffs' claims against Defendants in this matter. *Id*. at 2. The Parties agreed to enter a stipulated permanent injunction on trademarked material from Plaintiffs. *Id*. The Court finds good cause to grant the motion for dismissal with prejudice.

//

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned action is **DISMISSED with prejudice**.

2. The Stipulated Permanent Injunction, ECF No. 11 is GRANTED.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 8th day of November 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 2**